**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
BENS BBQ, INC. d/b/a BOBBIQUE, on behalf
of itself and all others similarly situated,

                     **JUDGMENT**
        Plaintiff,          CV 19-3584 (SJF) (ARL)

    - against -

COUNTY OF SUFFOLK,

        Defendant.
----------------------------------------------------------X

    An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on July 7, 2020; adopting in its entirety the May 7, 2020 Report and Recommendation of United States Magistrate Judge Arlene R. Lindsay; granting in part and denying in part defendant's motion to dismiss; and a n Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on August 26, 2020, granting Plaintiff's motion to voluntarily withdraw the remaining claims, dismissing with prejudice Plaintiff's Eight Amendment claim and associated declaratory judgment claim, and directing the Clerk of the Court to enter judgment in favor of Defendant and close this case, it is

    **ORDERED AND ADJUDGED** that Plaintiff Bens BBQ, Inc., take nothing of Defendant County of Suffolk; that Defendant's motion to dismiss is granted in part and denied in part; that Plaintiff's motion to voluntarily dismiss the remaining claims is granted; that Plaintiff's Eight Amendment claim and associated declaratory judgment claim are dismissed with prejudice; and that this case is closed.

Dated: August 26, 2020
       Central Islip, New York

                                                  DOUGLAS C. PALMER
                                                  CLERK OF THE COURT
                                    By:   /s/ James J. Toritto
                                                  Deputy Clerk